No. 190.  E. E. MORGAN CO., INC. *v.* ARKANSAS FOR USE AND BENEFIT OF PHILLIPS COUNTY.  November 10, 1941.

No. 191.  ROESER & PENDLETON, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.  November 10, 1941.

No. 227.  TWIN PORTS OIL CO. *v.* PURE OIL CO.  November 10, 1941.

No. 264.  NIELSEN *v.* JOHNSON.  November 10, 1941.

No. 346.  LOUISIANA DELTA CATTLE CO., INC. *v.* UNITED STATES.  November 10, 1941.

No. 354.  MORTON, TRUSTEE, ET AL. *v.* DARDANELLE SPECIAL SCHOOL DISTRICT No. 15.  November 10, 1941.

No. 358.  STEIN *v.* DELANO, COMPTROLLER OF THE CURRENCY, ET AL.  November 10, 1941.

No. 513.  OUTBOARD, MARINE & MANUFACTURING CO. *v.* MUNCIE GEAR WORKS, INC., ET AL.  November 10, 1941.

No. 517.  SIROCCO COMPANY *v.* MIAMI.  November 10, 1941.

No. 533.  STANDARD OIL CO. OF LOUISIANA *v.* TENNESSEE EX REL. McCANLESS, COMMISSIONER OF FINANCE & TAXATION, ET AL.  November 10, 1941.